IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBIN J. GREEN, o/b/o D.D.G.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 10-0610-KD-B |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 6, 2012 (doc. 23), is **ADOPTED** as the opinion of this Court.

DONE this 23rd day of March, 2012.

                                           s / Kristi K. DuBose
                                           KRISTI K. DuBOSE
                                           UNITED STATES DISTRICT JUDGE